**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CITIBANK, N.A., AS TRUSTEE FOR WAMU SERIES 2007-HE3 TRUST, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 4:14cv226 (Judge Clark/Judge Mazzant) |
| TIMOTHY HILTON WRIGHT, | § § | |
| *Defendant.* | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 9, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand [Doc. #6] be granted and the case remanded to the 431st Judicial District Court of Denton County, Texas.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff's Motion to Remand [Doc. #6] is **GRANTED,** and this case is remanded to the 431st Judicial District Court of Denton County, Texas.

All motions by either party not previously ruled on are **DENIED**.

**So ordered and signed on**

**Aug 15, 2014**

_____
Ron Clark, United States District Judge